IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| REO L. COVINGTON, | |
| Plaintiff, | ORDER |
| v. | Case No. 23-cv-166-wmc |
| NANCY BOWENS, et al. | |
| Defendants. | |

---

| | |
|---|---|
| REO L. COVINGTON, | |
| Plaintiff, | ORDER |
| v. | Case No. 23-cv-201-wmc |
| DANE COUNTY JAIL, et al. | |
| Defendants. | |

---

Shortly after plaintiff filed these cases, I entered orders assessing plaintiff Reo L. Covington initial partial payments of the filing fees. Now plaintiff has filed a motion request for screening, which I will construe as a motion to waive the assessed initial partial filing fees. With the motion, plaintiff included a check in the amount of $3.00. The $3.00 check has been returned to his institution because it is made out for the incorrect amount.

In calculating the amount of plaintiff's initial partial payment in these cases, I used the trust fund account statements plaintiff submitted in support of the requests for leave to proceed without prepaying the fee. The trust fund accounts statements show that plaintiff had deposits made to his account, which I was able to calculate plaintiff's average monthly deposits to be $31.63 for case 23-cv-166 and $19.36 for case 23-cv-201. Therefore, I will deny without prejudice plaintiff's motion to waive the initial partial filing fees.

However, I will give plaintiff an extension of time until July 28, 2023, to submit the initial partial payments. If by July 28, plaintiff is still unable to pay the initial partial payments,

plaintiff should submit an updated trust fund account statement or other documentation that shows how his financial situation has changed.

ORDER

IT IS ORDERED that:

1. Plaintiff Reo L. Covington's motion to waive the initial partial payments in the above cases is DENIED without prejudice. Plaintiff may have an enlargement of time to July 28, 2023, to either submit a check or money order payable to the clerk of court in the amount of $31.63 for case 23-cv-166 and $19.36 for case 23-cv-201 (total $50.99) or submit an updated trust fund account statement or other documentation that shows how his financial situation has changed.

2. If, by July 28, 2023, plaintiff fails to make the initial partial payments, or to show cause for his failure to do so, plaintiff will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiff's filing the cases at a later date.

Entered this 30th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
Magistrate Judge