IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REO COVINGTON,

    Plaintiff,

v.

NANCY BOWENS, et al.

    Defendants.

ORDER

Case No. 23-cv-166-wmc

---

REO COVINGTON,

    Plaintiff,

v.

DANE COUNTY JAIL, et al.

    Defendants.

ORDER

Case No. 23-cv-201-wmc

---

These cases were closed after the court did not receive plaintiff's initial partial filing fees of $31.63 for each case. Now, plaintiff requests to have the cases reopened and has submitted a recent certified trust fund account statement. Using information for the relevant time period from plaintiff's trust fund account statement, I have re-calculated plaintiff's initial partial filing fees to be $1.39 for each case. For these cases to proceed, plaintiff must submit these amounts on or before December 28, 2023.

If plaintiff does not have enough money to make the initial partial payments from his regular account, then plaintiff should arrange with prison authorities to pay the remainder from his release account.

ORDER

IT IS ORDERED that plaintiff Reo Covington may have until December 28, 2023 to submit a check or money order payable to the clerk of court in the amount of $1.39 for each case, or one check for $2.78, as the initial partial filing fees for these cases. If plaintiff complies with

this deadline, then his cases will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915(e)(2).  Otherwise, the cases will remain closed.

        Entered this 1st day of December, 2023.

        BY THE COURT:

        /s/
        _____
        ANDREW R. WISEMAN
        United States Magistrate Judge

this deadline, then his cases will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915(e)(2).  Otherwise, the cases will remain closed.

Entered this 1st day of December, 2023.

BY THE COURT:

/s/
_____
ANDREW R. WISEMAN
United States Magistrate Judge

2